### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | |
|---|---|
| **CIRAS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action File No.:** |
| **STANLEY E. THOMAS; BEEHAWK AVIATION, INC.; REES BEEHAWK, L.L.C.; and FOURTH QUARTER PROPERTIES 166, L.L.C.,** | **3:13-CV-00013-TCB** |
| **Defendants.** | |

## NOTICE OF CHANGE OF ADDRESS AND LAW FIRM

Tyler W. Henderson, attorney for Plaintiff, notifies the Court, Clerk, counsel, and parties of his change of law firm and associated new contact information.

**Effective April 1, 2023,** all future notices, correspondence, pleadings, orders, filings, and other documents should be directed to:

Tyler W. Henderson
Briarwood Legal, LLC
1190 N. Highland Ave. N.E., #8657
Atlanta, Georgia 30306
(770) 759-7084
Tyler@briarwoodlegal.com

1

This 31st day of March, 2023.

**BRIARWOOD LEGAL, LLC**
*/s/ Tyler W. Henderson*
Tyler W. Henderson
Georgia Bar No. 854853
Attorney for Plaintiff

1190 N. Highland Ave. N.E., #8657
Atlanta, Georgia 30306
(770) 759-7084
Tyler@briarwoodlegal.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| **CIRAS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action File No.:** |
| **STANLEY E. THOMAS; BEEHAWK AVIATION, INC.; REES BEEHAWK, L.L.C.; and FOURTH QUARTER PROPERTIES 166, L.L.C.,** | **3:13-CV-00013-TCB** |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I certify that on the date below, I electronically filed the foregoing *Notice of Change of Address and Law Firm* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to attorneys of record, and served the same via First-Class U.S. mail to:

Ryan McLemore
Thrift McLemore
1000 Parkwood Circle SE, Suite 375
Atlanta, Georgia 30339

Fourth Quarter Properties 166, LLC
c/o Paracorp Incorporated
2140 S. Dupont Hwy
Camden, Delaware 19934

Rees Beehawk, L.L.C.
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, Delaware 19801

Beehawk Aviation, Inc.
c/o The Company Corporation
251 Little Falls Drive
Wilmington, Delaware 19808

Submitted this 31st day of March, 2023.

**BRIARWOOD LEGAL, LLC**
*/s/ Tyler W. Henderson*
Tyler W. Henderson
Georgia Bar No. 854853
Attorney for Plaintiff

1190 N. Highland Ave. N.E., #8657
Atlanta, Georgia 30306
(770) 759-7084
Tyler@briarwoodlegal.com